**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
WESTERN DIVISION**

**FENG LIN, # A 241-275-607**                                                     **PETITIONER**

**VERSUS**                                            **CIVIL ACTION NO. 5:26cv337-DCB-RPM**

**WARDEN OF ADAMS COUNTY
CORRECTIONAL CENTER, et al.**                                **RESPONDENTS**

**ORDER TO SIGN**

Before the Court are *pro se* Petitioner Feng Lin's Petition for Writ of Habeas Corpus [1], pursuant to 28 U.S.C. § 2241, and Motion for Temporary Restraining Order [2].   Lin failed to place his original signature on the pleadings as required by Rule 11 of the Federal Rules of Civil Procedure.   He will be provided an opportunity to correct this deficiency.   Accordingly,

**IT IS, THEREFORE, ORDERED** that the Clerk of Court shall mail to *pro se* Petitioner Feng Lin a copy of the Petition [1] and Motion for Temporary Restraining Order [2], along with a copy of this Order.   If Petitioner would like these pleadings to remain filed, he is directed to place his signature on the documents and return them to the Court on or before July 24, 2026.

**IT IS FURTHER ORDERED** that Petitioner is warned that his failure to comply with this Order in a timely manner will result in the unsigned pleadings being stricken from the record without further notice to him.   *See*, Fed. R. Civ. P. 11(a).   Petitioner is also warned that a failure to timely comply with any order of the Court or failure to keep the Court advised of Petitioner's current address may result in dismissal of this case.

**SO ORDERED**, this the 10th day of July, 2026.

/s/ *Robert P. Myers, Jr.*

ROBERT P. MYERS, JR.
UNITED STATES MAGISTRATE JUDGE